# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **DEIRDRE BERRY, ET AL.,** | ) | **CASE NO.1:05CV2913** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **THE AMERICAN RED CROSS,** | ) | **ORDER** |
| **GREATER CLEVELAND CHAPTER** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CHRISTOPHER A. BOYKO, J:

      This matter is before the Court on Defendant's Fed. R. Civ. P. 56(e) Motion to Strike Portions of Plaintiffs' Evidentiary Support in Their Opposition to Defendant's Motion for Summary Judgment (ECF #59).  The Court has reviewed the Motion, Brief in Opposition, Reply briefs and supporting materials.  The Court will not consider any evidence that does not comport with the Federal Rules of Evidence, Federal Rules of Civil Procedure or relevant Sixth Circuit caselaw.  The Court will reference the relevant evidentiary materials it did consider in the Court's Opinion and Order on Defendant's Motion for Summary Judgment.  Therefore, the Court overrules Defendant's Motion to Strike as moot.

      IT IS SO ORDERED.

                               s/Christopher A. Boyko
                               CHRISTOPHER A. BOYKO
                               United States District Judge

January 30, 2008