**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRIDGET M. FOERTCH, ET AL.,** | ) | **CASE NO.1:05CV2913** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **THE AMERICAN RED CROSS,** | ) | **ORDER** |
| **GREATER CLEVELAND CHAPTER,** | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

On January 31, 2008, the Court held a final pre-trial in the above matter. Due to a conflict with a pending criminal case, the Court will continue the trial set for February 20, 2008. The trial is reset to May 19, 2008 at 9:00 AM. Final pre-trial is set for May 1, 2008 at 2:00 PM. All parties with full settlement authority are required to attend. Parties shall submit revised trial briefs, exhibit lists and proposed jury instructions based on the Court's summary judgment ruling.

IT IS SO ORDERED.

 s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

January 31, 2008