UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEIRDRE BERRY, et al., | CASE NO. 1:05CV2913 |
| Plaintiffs, | JUDGE CHRISTOPHER A. BOYKO |
| vs. | |
| THE AMERICAN RED CROSS, GREATER CLEVELAND CHAPTER, | ORDER |
| Defendant. | |

The Court has been advised the action has settled.  Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed.  It shall be marked settled and dismissed, with prejudice, costs to Defendant.  The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary; (2) alter the terms of settlement and dismissal upon agreement of the parties; and to hear and determine any claimed violations of the parties' confidentiality agreement.

IT IS SO ORDERED.

_5/1/08_
Date

_Christopher A. Boyko_
CHRISTOPHER A. BOYKO
United States District Judge